**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kristy M. Pastor, | ) | Case No. 22-20316 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Kristy M. Pastor, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Advanced Dermatology
PO Box 947046
Atlanta, GA 30394-7046

                                              Respectfully submitted,

March 11, 2022                                           /s/ Christopher M. Frye
DATE                                                           Christopher M. Frye, Esquire
                                                                 Attorney for the Debtor(s)
                                                                 STEIDL & STEINBERG
                                                                 Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                chris.frye@steidl-steinberg.com
                                                                PA I.D. No. 208402