IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kristy M. Pastor, | ) | Case No. 22-20316 GLT |
|      Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Kristy M. Pastor, | ) | |
|      Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

## CERTIFICATE OF SERVICE OF AMENDMENT, SCHEDULING ORDER AND 341 MEETING OF CREDITORS NOTICE

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 18, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Advanced Dermatology
PO Box 947046
Atlanta, GA 30394-7046

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the United States Trustee

Respectfully submitted,

March 18, 2022
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402