Form 006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kristy M. Pastor** | : | Case No. 22−20316−GLT |
| **fka Kristy M. Haussman** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

    *AND NOW,* this ***The 16th of March, 2022***, the Debtor(s) having filed an ***Amendment to Schedule* F** filed on **March 11,2022**

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

    (1)    The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

    (2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

    (3)    ***On or before April 18, 2022 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

    (4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

    (5)    ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

    (6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

Dated: March 16, 2022

cm: Debtor
    Debtor's Counsel

             Gregory L. Taddonio, Judge
             United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                  Case No. 22-20316-GLT

Kristy M. Pastor                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 006 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristy M. Pastor, 382 Mansville Road, Ligonier, PA 15658-2064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022                   Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Debtor Kristy M. Pastor chris.frye@steidl-steinberg.com |
| | julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4