IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 22-20316 GLT |
| Kristy M. Pastor, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 32 |
| | ) | |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | June 2, 2022 at 2:30 pm |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED APRIL 22, 2022 AND NOTICE OF PROPOSED MODIFICATION TO PLAN DATED 2/17/2022**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 22, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the United States Trustee

Respectfully submitted,

April 22, 2022
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

```
Label Matrix for local noticing         Advanced Dermatology                  Ally Bank
0315-2                                  PO Box 947046                         P.O. Box 380902
Case 22-20316-GLT                       Atlanta, GA 30394-7046                Bloomington, MN 55438-0902
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Apr 22 17:43:36 EDT 2022

Ally Bank c/o AIS Portfolio Services, LP  (p)BANK OF AMERICA                  Bank of America, N.A.
4515 N. Santa Fe Ave. Dept. APS         PO BOX 982238                         PO Box 673033
Oklahoma City, OK 73118-7901            EL PASO TX 79998-2238                 Dallas, TX 75267-3033


Barclays Bank Delaware                  Barclays Bank Delaware                Capital One
Attn: Bankruptcy                        P.o. Box 8803                         Attn: Bankruptcy
Po Box 8801                             Wilmington, DE 19899-8803             P.O. Box 30285
Wilmington, DE 19899-8801                                                     Salt Lake City, UT 84130-0285


Capital One                             Capital One                           Capital One Bank (USA), N.A.
AttnL: Bankruptcy                       Po Box 31293                          by American InfoSource as agent
Po Box 30285                            Salt Lake City, UT 84131-0293         PO Box 71083
Salt Lake City, UT 84130-0285                                                 Charlotte, NC  28272-1083


(p)JPMORGAN CHASE BANK  N A             Citibank                              Citibank
BANKRUPTCY MAIL INTAKE TEAM             Attn: Bankruptcy                      Po Box 6217
700 KANSAS LANE FLOOR 01                P.O. Box 790034                       Sioux Falls, SD 57117-6217
MONROE LA 71203-4774                    St Louis, MO 63179-0034


Comenity Bank                           Comenity Bank                         Credit Collection Services
Attn: Bankruptcy                        Po Box 182789                         Attn: Bankruptcy
Po Box 182125                           Columbus, OH 43218-2789               725 Canton St
Columbus, OH 43218-2125                                                       Norwood, MA 02062-2679


Credit Collection Services              Credit One Bank                       Credit One Bank
Po Box 447                              Attn: Bankruptcy Department           Po Box 98872
Norwood, MA 02062-0447                  Po Box 98873                          Las Vegas, NV 89193-8872
                                        Las Vegas, NV 89193-8873


Discover Bank                           Discover Financial                    (p)DISCOVER FINANCIAL SERVICES LLC
Discover Products Inc                   Attn: Bankruptcy                      PO BOX 3025
PO Box 3025                             Po Box 3025                           NEW ALBANY OH 43054-3025
New Albany, OH  43054-3025              New Albany, OH 43054-3025


First National Bank                     First National Bank                   First National Bank of Pennsylvania
4140 E State St                         Attn: Bankruptcy                      4140 E. State Street
Hermitage, PA 16148-3401                3015 Glimcher Blvd.                   Hermitage, PA 16148-3401
                                        Hermitage, PA 16148-3343


Christopher M. Frye                     (p)JEFFERSON CAPITAL SYSTEMS LLC      Kohls/Capital One
Steidl & Steinberg                      PO BOX 7999                           Attn: Credit Administrator
Suite 2830 Gulf Tower                   SAINT CLOUD MN 56302-7999             Po Box 3043
707 Grant Street                                                              Milwaukee, WI 53201-3043
Pittsburgh, PA 15219-1908
```

```
Kohls/Capital One                   LVNV Funding, LLC                        LVNV Funding, LLC
Po Box 3115                         Po Box 10497                             Resurgent Capital Services
Milwaukee, WI 53201-3115            Greenville, SC 29603-0497                PO Box 10587
                                                                             Greenville, SC 29603-0587


Linda Piotrowsky                    Macys                                    (p)DSNB MACY S
378 Mansfield Road                  Po Box 6789                              CITIBANK
Ligonier, PA 15658                  Sioux Falls, SD 57117-6789               1000 TECHNOLOGY DRIVE MS 777
                                                                             O FALLON MO 63368-2222


Midland Credit Management LLC       Midland Credit Management, Inc.          Midland Fund
320 East Big Beaver                 PO Box 2037                              Attn: Bankruptcy
Troy, MI 48083-1238                 Warren, MI 48090-2037                    350 Camino De La Reine, Suite 100
                                                                             San Diego, CA 92108-3007


Brian Nicholas                      Office of the United States Trustee      PRA Receivables Management, LLC
KML Law Group, P.C.                 Liberty Center.                          PO Box 41021
701 Market Street                   1001 Liberty Avenue, Suite 970           Norfolk, VA 23541-1021
Suite 5000                          Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


Kristy M. Pastor                    Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
382 Mansville Road                  Bankruptcy Division                      Department 280946
Ligonier, PA 15658-2064             P.O. Box 280946                          P.O. Box 280946
                                    Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                             Harrisburg, PA 17128-0946


Pennsylvania Housing Finance Agency (p)PENNSYLVANIA HOUSING FINANCE AGENCY   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
211 N Front Street                  211 NORTH FRONT STREET                   PO BOX 41067
Harrisburg, PA 17101-1406           HARRISBURG PA 17101-1406                 NORFOLK VA 23541-1067


Rocket Mortgage, LLC f/k/a Quicken Loans, at  Synchrony Bank                 Synchrony/PayPal Credit
635 Woodward Avenue                 c/o of PRA Receivables Management, LLC   Attn: Bankruptcy
Detroit MI 48226-3408               PO Box 41021                             Po Box 965060
                                    Norfolk, VA 23541-1021                   Orlando, FL 32896-5060


Synchrony/PayPal Credit             Target                                   Target
Po Box 965005                       Po Box 673                               c/o Financial & Retail Services
Orlando, FL 32896-5005              Minneapolis, MN 55440-0673               Mailstop BT PO Box 9475
                                                                             Minneapolis, MN 55440-9475


Washington Area Teachers FCU        Ronda J. Winnecour
75 Landings Dr                      Suite 3250, USX Tower
Washington, PA 15301-9409           600 Grant Street
                                    Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| Pennsylvania Housing Finance Agency<br>Attn: Bankruptcy<br>Po Box 8029<br>Harrisburg, PA 17105 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, |

End of Label Matrix
Mailable recipients     55
Bypassed recipients      3
Total                   58