FILED
10/4/24 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-20316 GLT |
| | ) | Chapter 13 |
| Kristy M. Pastor, | ) | Docket No. 47 |
| *Debtor(s)* | ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   The Debtor

❑   a motion to lift stay
    as to creditor   _____

❑   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 4/22/2022

❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]-1-

✠   Debtor(s) Plan payments shall be changed from $1,656.00 to

$1,960.00 per month effective <u>10/2024</u> ; and/or the Plan term shall be changed from <u>   </u> months to <u>    </u> months.                           .

❑   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑   Debtor(s) shall file and serve _____ on or before _____.

❑   If any of the foregoing is not completed by the date specified, the case may be

dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑   If any of the foregoing is not completed by the date specified, the automatic stay

as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑   Other:  G. The claims of the following creditors shall govern as to amount,

classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

**\*The new mortgage payment payable to First National Bank of Pennsylvania is $150.00, effective 10/1/2024 per the Notice of Mortgage Payment Change filed on 9/9/2024.**

**\*Legal fees of $500.00 have been added.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein,

[04/22]-2-

such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __4th__ day of __October__, 202__

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                                  Stipulated by:

/s/ Kenneth Steidl_____                    /s/ Kames Warmbrodt_____
Counsel to Debtor                               Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]-4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20316-GLT
Kristy M. Pastor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Oct 04, 2024      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristy M. Pastor, 382 Mansville Road, Ligonier, PA 15658-2064 |
| cr | + | Pennsylvania Housing Finance, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15462360 | | Advanced Dermatology, PO Box 947046, Atlanta, GA 30394-7046 |
| 15457007 | | Linda Piotrowsky, 378 Mansfield Road, Ligonier, PA 15658 |
| 15457021 | + | Washington Area Teachers FCU, 75 Landings Dr, Washington, PA 15301-9409 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 04 2024 23:09:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 23:23:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15456968 | | Email/Text: ally@ebn.phinsolutions.com | Oct 04 2024 23:09:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 15468123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 23:23:13 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15456971 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2024 23:09:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15456969 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2024 23:09:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15460856 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2024 23:09:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15456974 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 04 2024 23:09:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15456973 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 04 2024 23:09:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15456980 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:09:53 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15456978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:23:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15456975 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:09:34 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15473213 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:09:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15456989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:23:30 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15456990 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:23:31 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15456992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 23:09:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15456991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2024 23:09:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15456994 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2024 23:09:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15456993 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2024 23:09:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15456997 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 23:23:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15456995 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 23:09:53 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15456999 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 23:09:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15457010 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:23:13 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15458953 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 23:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15457000 | + | Email/Text: mrdiscen@discover.com | Oct 04 2024 23:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15457003 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 04 2024 23:09:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15457001 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 04 2024 23:09:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15457616 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 04 2024 23:09:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15474797 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 23:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15456985 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2024 23:09:52 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15456981 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2024 23:23:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15457006 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 04 2024 23:09:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15457005 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 04 2024 23:09:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15457008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:09:53 | LVNV Funding LLC, Po Box 10497, Greenville, SC 29603-0497 |
| 15458335 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:09:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15457009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:23:49 | Macys, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15457011 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2024 23:09:00 | Midland Credit Management LLC, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15460598 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2024 23:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457012 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 04 2024 23:09:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15457014 | | Email/Text: blegal@phfa.org | Oct 04 2024 23:09:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 15457015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 23:23:29 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15457016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 23:09:53 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15470936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 23:23:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15457013 | + | Email/Text: blegal@phfa.org | Oct 04 2024 23:09:00 | Pennsylvania Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 15463875 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 04 2024 23:09:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15475887 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 23:09:46 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15457352 | ^ | MEBN | Oct 04 2024 23:05:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 23:09:50 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15457018 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 23:23:29 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15478227 | + | Email/Text: bncmail@w-legal.com | Oct 04 2024 23:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15457020 | + | Email/Text: bncmail@w-legal.com | Oct 04 2024 23:09:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15457019 | + | Email/Text: bncmail@w-legal.com | Oct 04 2024 23:09:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15456972 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15456970 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15456979 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15456976 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15456977 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15456998 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15456996 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15457004 | *+ | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15457002 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15456986 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15456987 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15456988 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 22-20316-GLT    Doc 49    Filed 10/06/24    Entered 10/07/24 00:23:33    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 04, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| | | |
|---|---|---|
| 15456982 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15456983 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15456984 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

**Name**  **Email Address**

Christopher M. Frye
 on behalf of Debtor Kristy M. Pastor chris.frye@steidl-steinberg.com
 julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

David W. Raphael
 on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
 on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com

Leon P. Haller
 on behalf of Creditor Pennsylvania Housing Finance lhaller@pkh.com
 khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 6