## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KRISTY M. PASTOR

Case No. 22-20316GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

ALLY BANK(*)

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

DEBTOR ATTORNEY HAS INDICATED THE VEHICLE HAS
BEEN TOTALED

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

ALLY BANK(*)
PAYMENT PROCESSING CENTER*
PO BOX 660618
DALLAS, TX 75266-0618

Court claim# 9/Trustee CID# 4

The Movant further certifies that on 05/07/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
KRISTY M. PASTOR, 382 MANSVILLE
ROAD, LIGONIER, PA  15658

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219

:
CHAPTER 13 BANKRUPTCY NOTICING,
4515 N SANTA FE AVE, OKLAHOMA CITY,
OK  73118

ORIGINAL CREDITOR:
ALLY BANK(*), PAYMENT PROCESSING
CENTER*, PO BOX 660618, DALLAS, TX
75266-0618

NEW CREDITOR: