IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| | ) | Case No. 22-20316 GLT |
| Kristy M. Pastor, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 70 |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED PLAN DATED JULY 6, 2026**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) July 8, 2026

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

July 8, 2026
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

Label Matrix for local noticing
0315-2
Case 22-20316-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Jul  6 17:38:05 EDT 2026

Advanced Dermatology
PO Box 947046
Atlanta, GA 30394-7046

Ally Bank
P.O. Box 380902
Bloomington, MN 55438-0902

Ally Bank c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
AttnL: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Chase Card Services
Po Box 15369
Wilmington, DE 19850-5369

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

Comenity Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank
Po Box 182789
Columbus, OH 43218-2789

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit Collection Services
Po Box 447
Norwood, MA 02062-0447

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First National Bank
4140 E State St
Hermitage, PA 16148-3401

First National Bank
Attn: Bankruptcy
3015 Glimcher Blvd.
Hermitage, PA 16148-3343

First National Bank of Pennsylvania
4140 East State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

Matthew Fissel
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

| | | |
|---|---|---|
| Christopher M. Frye<br>Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219-1818 | Leon P. Haller<br>Purcell, Krug & Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding LLC<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linda Piotrowsky<br>378 Mansfield Road<br>Ligonier, PA 15658 | Macys<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Midland Credit Management LLC<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Kristy M. Pastor<br>382 Mansville Road<br>Ligonier, PA 15658-2064 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Housing Finance<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | Pennsylvania Housing Finance Agency<br>211 N Front Street<br>Harrisburg, PA 17101-1406 | (p)PENNSYLVANIA HOUSING FINANCE AGENCY<br>211 NORTH FRONT STREET<br>HARRISBURG PA 17101-1406 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | David W. Raphael<br>First National Bank<br>First National Bank of Pennsylvania<br>626 Washington Place<br>Pittsburgh, PA 15219-3474 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 |
| Synchrony Bank<br>by AIS InfoSource, LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank by AIS InfoSource, LP as agen<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL 32896-5005 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

Target
Po Box 673
Minneapolis, MN 55440-0673

Target
c/o Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Washington Area Teachers FCU
75 Landings Dr
Washington, PA 15301-9409

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Discover Financial
Pob 15316
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Pennsylvania Housing Finance Agency
Attn: Bankruptcy
Po Box 8029
Harrisburg, PA 17105

Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Bank of America
Po Box 982238
El Paso, TX 79998-2238

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients   63
Bypassed recipients    3
Total                 66