IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
KRISTY M. PASTOR,                         Case No. 22-20316-GLT
          Debtor(s)                       Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee
          Movant(s)

vs.
KRISTY M. PASTOR and ALLY BANK,
          Respondent(s)

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF
PAYMENTS TO CREDITOR BASED ON INFORMATION SUGGESTING THAT
COLLATERAL WAS TOTALED AND CLAIM PAID IN FULL

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on July 6, 2026, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon.  Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than July 23, 2026.

7/27/2026                          /s/ James C. Warmbrodt
                                   James C. Warmbrodt (PA I.D.#42524)
                                   Attorney for Chapter 13 Trustee
                                   U.S. Steel Tower- Suite 3250
                                   600 Grant Street
                                   Pittsburgh PA  15219
                                   412-471-5566
                                   jwarmbrodt@chapter13trusteewdpa.com