**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/28/26 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | CASE NO. 22-20316-GLT |
| KRISTY M. PASTOR,<br>        Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>        Movant, | Related to Claim #9 |
| v.<br>KRISTY M. PASTOR and ALLY BANK,<br>        Respondent(s) | Related Dkt. No. 66 |

## ORDER OF COURT

And now, this ___28th___ day of _____July_____, 20_26_, upon consideration of the foregoing MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON INFORMATION SUGGESTING COLLATERAL WAS TOTALED AND CLAIM PAID IN FULL, and responses thereto, if any, it is hereby

ORDERED that Trustee shall terminate further payments to ALLY BANK, on its Claim (POC #9, Trustee's CID #4) on account of the Trustee having received information that the Collateral was totaled, and Trustee shall close her payment record for the Creditor and shall distribute the funds currently on reserve for the Claim, or which would have otherwise been paid on account of the Claim (including refunds) under the plan, to prepetition general unsecured creditors as funds allow.

It is further ORDERED that ALLY BANK is hereby granted relief from stay so that it may take any and all actions as are appropriate under applicable non-bankruptcy law to collect the balance (if any) due on its secured claim from the insurance company.

It is further ORDERED that it shall be the responsibility of Debtors to ensure the release of the lien and delivery of the title (to the extent necessary to finalize the insurance adjustment) or as otherwise necessary or in their interests.

DATED: July 28, 2026
DEFAULT ENTRY

_____
GREGORY L. TADDONIO <sup>hct</sup>
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 22-20316-GLT

Kristy M. Pastor                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 2

Date Rcvd: Jul 28, 2026                       Form ID: pdf900                              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Kristy M. Pastor, 382 Mansville Road, Ligonier, PA 15658-2064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2026 02:54:56 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher M. Frye | on behalf of Debtor Kristy M. Pastor chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Plaintiff Kristy M. Pastor chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Jul 28, 2026

Form ID: pdf900

Total Noticed: 2

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance lhaller@pkh.com
    khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Matthew Fissel
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7