# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kristy M. Pastor f/k/a Kristy M. Hartman**<br>                    Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**<br>                    Movant<br>       vs.<br><br>**Kristy M. Pastor f/k/a Kristy M. Hartman**<br>                    Debtor(s)<br><br>**Ronda J. Winnecour**,<br>                    Trustee | BK NO. 22-20316 GLT<br><br>Chapter 13<br><br>Related to Claim No. 8 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kristy M. Pastor f/k/a Kristy M. Hartman
382 Mansville Road
Ligonier, PA 15658

Attorney for Debtor(s)
Christopher M. Frye, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 27, 2022

                                                                **/s/Brian C. Nicholas Esquire**
                                                                Brian C. Nicholas Esquire
                                                                Attorney I.D. 317240
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                201-549-5366
                                                                bnicholas@kmllawgroup.com